IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: REX LEROY ISAACSON
DEBRA KAY ISAACSON
Debtor(s)

Case no. 10-10406-13
Chapter 13



F I L E D
AT WICHITA, KS
MAR 18 2015
CLERK
U.S. Court of Bankruptcy
By /s/ _____ Deputy

## TRUSTEE'S REPORT TO COURT OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, payments have been returned, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| 013 | SALLIE MAE PC TRUST | $32.33 |

The case has been completed therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 115186, in the amount of $32.33, payable to the Clerk of the Bankruptcy Court.

Dated: March 17, 2015

_/s/ L. B. Williams_
Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791
lbwsig@wichita13trustee.com

```
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

# 137268    -- ED

March 18, 2015
  13:29:16


   UNCLAIM
   10-10406
Debtor.: REX LEROY ISAACSON
Amount.:            $32.33 CH
Check#.: 115186




Total-> $32.33



FROM: LAURIE B. WILLIAMS
      300 W DOUGLAS STE 650
      WICHITA KS  67202
```

MONEY TO CLERK NO CERT.DOC/DOC GEN/JDW/3/17/2015 10406 ISAACSON 013 13 SALLIE MAE PC TRUST